# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PROFESSIONAL ARENA ENTERPRISE, LLC, and STEPHEN FOX, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV425-134 |
| MR. HANSON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Stephen Fox filed an ambiguous Complaint concerning a dispute over the contents of a storage unit. *See generally* doc. 1; *see also* doc. 6. The Court authorized him to proceed *in forma pauperis*, screened his Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and afforded him an opportunity to amend his defective claims. *See generally* doc. 6. The deadline for him to submit an amended complaint was June 30, 2025. *See id.* at 7. He has not complied with the Order. *See generally* docket. The Court's Order expressly warned him that

1

failure to timely comply could result in a recommendation that his case be dismissed. *Id.* (citing Fed. R. Civ. P. 41(b)).

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Fox's failure to comply with the Court's Order, along with the substantive defects in the original Complaint, *see* doc. 6 at 3-6, warrants dismissal.

Accordingly, Fox's Complaint should be **DISMISSED**.[1]  *See, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court

---

[1] To the extent that Fox wishes to submit an amended complaint out of time, the fourteen-day objections period discussed below affords him **one final** opportunity. If he seeks to comply out of time, he must also respond and **SHOW CAUSE** why he failed to comply timely.

and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 3rd day of July, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA